IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                        2:12-cr-242

Martin Dale Geyer

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 32) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 6, 8 and 9 of the indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

In her Report and Recommendation, the magistrate judge also addressed the issue of defendant's competency. The parties stated that they had reviewed a copy of the examiner's report, did not disagree with the examiner's opinion that defendant is competent, and presented no further evidence on that issue. The court adopts the recommendation of the magistrate judge that the defendant be found competent to participate fully in the proceedings in this case, and the court hereby finds defendant competent to participate fully in the proceedings against him.

Date: October 11, 2013                s\James L. Graham
                                                  James L. Graham
                                                  United States District Judge